IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00434-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

31,753 SQUARE FEET OF OFFICE SPACE IN THE
       CITY AND COUNTY OF DENVER, COLORADO,
DAN H. MILLS, General Partner,
SILVER OAK ASSOCIATES; and
UNKNOWN OWNERS, if any,

       Defendants.

---

**ORDER DIRECTING CLERK OF THE COURT TO
DEPOSIT FUNDS IN COURT REGISTRY**

---

       THIS MATTER comes before the Court on the Motion for Order to Deposit Funds in Court Registry **(#3)** filed by Plaintiff United States of America, and good cause appearing,

       **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Clerk of the Court shall accept the deposit of $223,908.64 tendered by the General Services Administration, and shall deposit these funds in an interest-bearing account in the Court Registry pending further order of the Court.

       DATED this 2nd day of March, 2009.

                                    **BY THE COURT:**

                                    Marcia S. Krieger
                                    United States District Judge