IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00434-MSK-MJW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

31,753 SQUARE FEET OF OFFICE SPACE IN THE
      CITY AND COUNTY OF DENVER, COLORADO,
SILVER OAK ASSOCIATES; and
UNKNOWN OWNERS, if any,

      Defendants.

### ORDER DISMISSING CLAIMS AGAINST DEFENDANT DAN H. MILLS, PURSUANT TO FED. R. CIV. P. 71.1(I)(2)

THIS MATTER comes before the Court on the Unopposed Motion By Plaintiff United States To Dismiss Improperly Joined Party (Motion) **(#25)**, and for good and sufficient cause having been shown, it is hereby

**ORDERED** that the Motion is **GRANTED** and pursuant to Fed. R. Civ. P. 71.1(i)(2) and (3), the claims against Defendant Dan H. Mills are dismissed, without prejudice. All future captions shall so reflect.

DATED this 4th day of June, 2009.

                                **BY THE COURT:**

                                *Marcia S. Krieger*

                                Marcia S. Krieger
                                United States District Judge   Dated this